**Order filed, December 18, 2012.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

————————

**NO. 14-12-00958-CR**

————————

**ALBERT L. THOMPSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 184th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1297642**

---

## ORDER

The reporter's record in this case was due December 10, 2012. *See* Tex. R. App. P. 35.1. The court submitted a partial reporters record on October 18, 2012 which was missing volumes two and three of the reporter's record. The remainder of the record has not been filed with the court. Because the complete reporter's record has not been filed timely, we issue the following order.

We order Mary Ann Rodriguez, the court reporter, to file volumes two and three of the record in this appeal **within 30 days** of the date of this order.

PER CURIAM